302

Lessie Cook, Administratrix of Estate of Cleveland Stokes, Deceased, and Anna Stov-Stokes, Appellants, v. Pullman Company et al., Defendants. Onzelle Harris, Appellee.

Gen. No. 42,169.

Heard in the second division, first district, this court at the February term, 1942; opinion filed January 18, 1944. A. L. Williams, for appellants; Max C. Liss and Nat M. Kahn, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.